| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Bade, Bridget S. | 2. Court or Organization  U.S. District Court, Arizona | 3. Date of Report  10/20/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 421
Phoenix, AZ 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Archway Classical Academy - Chandler |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self-Employed Attorney - Bade Baskin Richards PLC |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Arizona Central Credit Union | HELOC | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) ACCOUNTS | | | | | | | | | |
| 2. Arizona Central Credit Union - accounts | A | Int./Div. | J | T | | | | | |
| 3. (H) ROTH IRA - BAIRD | | | | | | | | | |
| 4. Aim Invesco Comstock Cl C | A | Dividend | J | T | | | | | |
| 5. MFS Limited Maturity Cl C | A | Dividend | J | T | | | | | |
| 6. (H) ROTH IRA - BAIRD | | | | | | | | | |
| 7. Davis NY Venture Cl C | A | Dividend | J | T | | | | | |
| 8. MFS Limited Maturity Cl C | A | Dividend | J | T | | | | | |
| 9. (H) COVERDELL ESA - BAIRD | | | | | | | | | |
| 10. Davis NY Venture Cl C | A | Dividend | J | T | | | | | |
| 11. (H) COVERDELL ESA - BAIRD | | | | | | | | | |
| 12. Davis NY Venture Cl C | A | Dividend | J | T | | | | | |
| 13. (H) ROLLOVER IRA - BAIRD | | | | | | | | | |
| 14. Baird Money Market | A | Interest | J | T | | | | | |
| 15. DELL common stock | | None | J | T | | | | | |
| 16. ESRX common stock | | None | J | T | | | | | |
| 17. GE common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HD common stock | A | Dividend | J | T | | | | | |
| 19. MRK common stock | A | Dividend | J | T | | | | | |
| 20. MSFT common stock | A | Dividend | J | T | | | | | |
| 21. PG common stock | A | Dividend | J | T | | | | | |
| 22. XCEL common stock | A | Dividend | J | T | | | | | |
| 23. (H)      ROLLOVER IRA - BAIRD | | | | | | | | | |
| 24. Baird Money Market | A | Interest | J | T | | | | | |
| 25. MO common stock | A | Dividend | J | T | | | | | |
| 26. BAC common stock | A | Dividend | J | T | | | | | |
| 27. C common stock | A | Dividend | J | T | | | | | |
| 28. CSCO common stock | A | Dividend | J | T | | | | | |
| 29. COP common stock | A | Dividend | J | T | | | | | |
| 30. GE common stock | A | Dividend | J | T | | | | | |
| 31. INTC common stock | A | Dividend | J | T | | | | | |
| 32. JPM common stock | A | Dividend | J | T | | | | | |
| 33. JNJ common stock | A | Dividend | J | T | | | | | |
| 34. KRFT common stock (formerly Kraft Foods Global) | A | Dividend | J | T | Spinoff (from line 37) | 10/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MRK common stock | A | Dividend | J | T | | | | | |
| 36. MSFT common stock | A | Dividend | J | T | | | | | |
| 37. MDLZ common stock (formerly Kraft Foods - KFT) | A | Dividend | J | T | | | | | |
| 38. PM common stock | A | Dividend | K | T | | | | | |
| 39. PFE common stock | A | Dividend | J | T | | | | | |
| 40. PSX common stock | A | Dividend | J | T | Spinoff (from line 29) | 05/01/12 | J | | |
| 41. DBO Powershares DB Multi Sector Commodity Trust Oil Fund | | None | J | T | | | | | |
| 42. XCEL common stock | A | Dividend | J | T | | | | | |
| 43. Blackrock S&P 500 Index Investor Cl A | A | Dividend | J | T | | | | | |
| 44. (H) ROLLOVER IRA - BEACON POINTE | | | | | | | | | |
| 45. TDAM US Government Portfolio | A | Int./Div. | J | T | | | | | |
| 46. Ishares Russell 1000 Index Fund | A | Int./Div. | J | T | | | | | |
| 47. Cullen Value Fd Hi Dvd Fd Cl I | A | Int./Div. | J | T | | | | | |
| 48. First Eagle Sogen Fds Inc Global Fd Cl A | A | Int./Div. | J | T | Buy | 09/05/12 | J | | |
| 49. First Eagle Sogen Fds Inc Global Fd Cl I | A | Int./Div. | K | T | | | | | |
| 50. Manning & Napier Pro Blend Ext Term Series Fd | A | Int./Div. | J | T | | | | | |
| 51. | | | | | Sold (part) | 03/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pimco Fds All Asset All Authority D | A | Int./Div. | K | T | Buy | 09/05/12 | J | | |
| 53. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 54. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 55. | | | | | Buy (add'l) | 12/24/12 | J | | |
| 56. Pimco Funds All Asset Fd Instl | A | Int./Div. | J | T | | | | | |
| 57. Touchstone Funds Small Cap Core A | A | Int./Div. | J | T | Buy | 09/07/12 | J | | |
| 58. Virtus Funds Emerging Mkts Oppty I | A | Int./Div. | J | T | Buy | 09/05/12 | J | | |
| 59. Natixis Vaughan Nelson Sm Cap Value A | A | Int./Div. | | | Sold | 09/07/12 | J | A | |
| 60. FPA Crescent Portfolio | A | Int./Div. | | | Sold (part) | 3/14/12 | J | A | |
| 61. | | | | | Sold | 09/05/12 | J | A | |
| 62. Calamos Growth & Income Fd Cl A | A | Int./Div. | | | Sold | 09/05/12 | J | A | |
| 63. Oppenheimer Developing Mkts Cl A | A | Int./Div. | | | Sold | 09/05/12 | J | A | |
| 64. BRK B common stock | | None | J | T | Buy | 03/14/12 | J | | |
| 65. DVN common stock | A | Dividend | J | T | | | | | |
| 66. GE common stock | A | Dividend | J | T | | | | | |
| 67. GS common stock | A | Dividend | J | T | | | | | |
| 68. Loomis Sayles Strategic Income Y | A | Int./Div. | | | Buy (add'l) | 02/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/03/12 | J | A | |
| 70.  (H)          TEN - BEACON POINTE | | | | | | | | | |
| 71.  TDAM Municipal Portfolio Class A | A | Int./Div. | J | T | | | | | |
| 72.  First Eagle Sogen Fds Inc Global Fd Cl A | A | Int./Div. | J | T | Buy | 11/14/12 | J | | |
| 73.  First Eagle Sogen Fds Inc Global Fd Cl I | A | Int./Div. | J | T | Buy | 09/05/12 | J | | |
| 74.  FPA Crescent Portfolio | A | Int./Div. | K | T | Buy (add'l) | 1/12/12 | J | | |
| 75. | | | | | Buy (add'l) | 02/13/12 | J | | |
| 76. | | | | | Buy (add'l) | 04/18/12 | J | | |
| 77. | | | | | Buy (add'l) | 07/05/12 | J | | |
| 78. | | | | | Sold (part) | 09/11/12 | J | A | |
| 79. | | | | | Buy (add'l) | 09/19/12 | J | | |
| 80.  Riverpark Wedgewood Instl | A | Int./Div. | J | T | Buy | 09/05/12 | J | | |
| 81.  Riverpark Wedgewood Retail | A | Int./Div. | J | T | Buy | 12/17/12 | J | | |
| 82. | | | | | Buy (add'l) | 12/17/12 | J | | |
| 83.  Touchstone Funds Small Cap Core A | A | Int./Div. | J | T | Buy | 09/05/12 | J | | |
| 84. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 85.  Perritt Fds Micro Cap Opport Short Term | A | Int./Div. | | | Sold | 12/19/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Manning & Napier Pro Blend Ext Term Series Fd | A | Int./Div. | | | Buy | 03/28/12 | J | | |
| 87. | | | | | Buy (add'l) | 05/11/12 | J | | |
| 88. | | | | | Sold | 09/11/12 | J | A | |
| 89. Davis NY Venture Cl A | A | Int./Div. | | | Sold | 09/11/12 | J | A | |
| 90. Davis NY Venture Cl C | A | Int./Div. | | | Sold | 09/05/12 | K | C | |
| 91. BAC common stock | A | Dividend | J | T | | | | | |
| 92. GOOG common stock | A | Dividend | J | T | | | | | |
| 93. CPB common stock | A | Dividend | | | Sold | 09/11/12 | J | A | |
| 94. (H) BBR PSP FBO TWB | | | | | | | | | |
| 95. (H) BBR PSP - BEACON POINTE WEALTH ADVISORS | | | | | | | | | |
| 96. TDAM Municipal Portfolio | A | Int./Div. | J | T | | | | | |
| 97. MLM common stock | A | Dividend | | | Sold | 03/14/12 | J | A | |
| 98. BRO common stock | A | Dividend | | | Sold | 03/14/12 | J | A | |
| 99. BK common stock | A | Dividend | | | Sold | 03/14/12 | J | A | |
| 100. MRK common stock | A | Dividend | | | Sold | 03/14/12 | J | A | |
| 101. KMX common stock | | None | | | Sold | 03/14/12 | J | A | |
| 102. LOW common stock | A | Dividend | | | Sold | 03/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PGR common stock | A | Dividend | | | Sold | 03/14/12 | J | A | |
| 104. TGT common stock | A | Dividend | | | Sold | 03/14/12 | J | A | |
| 105. AXP common stock | A | Dividend | | | Sold | 03/14/12 | J | A | |
| 106. GOOG common stock | | None | | | Sold | 03/16/12 | J | A | |
| 107. FTR common stock | A | Dividend | | | Sold | 08/01/12 | J | A | |
| 108. GS common stock | A | Dividend | J | T | | | | | |
| 109. Templeton Income Tr Global Bond | A | Int./Div. | | | Sold | 03/29/12 | J | A | |
| 110. Pimco Fds All Asset All Authority Instl | A | Int./Div. | K | T | Buy | 03/28/12 | J | | |
| 111. | | | | | Buy (add'l) | 07/05/12 | J | | |
| 112. | | | | | Buy (add'l) | 09/19/12 | J | | |
| 113. Pimco Total Return D | A | Int./Div. | K | T | Buy | 09/19/12 | J | | |
| 114. | | | | | Buy (add'l) | 10/9/12 | J | | |
| 115. Riverpark Wedgewood Retail | A | Int./Div. | J | T | Buy | 09/19/12 | J | | |
| 116. FPA Crescent Portfolio | A | Int./Div. | J | T | | | | | |
| 117. (H) BBR PSP - BEACON POINTE WEALTH ADVISORS - SARATOGA VALUE | | | | | | | | | |
| 118. BDX common stock | A | Dividend | J | T | Sold (part) | 03/19/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. BRK B common stock | | None | J | T | Sold (part) | 03/19/12 | J | A | |
| 120. WMT common stock | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 121. WFC common stock | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 122. TJX common stock | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 123. VZ common stock | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 124. RAVN common stock | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 125. CVX common stock | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 126. CHK common stock | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 127. MA common stock | A | Dividend | | | Sold | 03/19/12 | J | A | |
| 128. MSFT common stock | A | Dividend | J | T | | | | | |
| 129. TDAM Municipal Portfolio Cl A | A | Int./Div. | K | T | | | | | |
| 130. ABT common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 131. ADBE common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 132. ADP common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 133. CSCO common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 134. GD common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 135. IBM common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. KO common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 137. MCD common stock | A | Dividend | J | T | Buy | 03/21/12 | J | | |
| 138. MDT common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 139. MMM common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 140. OMC common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 141. ORCL common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 142. PEP commom stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 143. PG common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 144. SYK common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 145. TSS common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 146. UTX common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 147. VAR common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 148. NKE common stock | A | Dividend | J | T | Buy | 06/29/12 | J | | |
| 149. (H) BBR PSP - TCS FINANCIAL - | | | | | | | | | |
| 150. Am Centy Target Mats TR Zero Coupon | A | Int./Div. | J | T | | | | | |
| 151. Blackrock Pacific Fund Cl A | A | Int./Div. | J | T | Buy | 10/26/12 | J | | |
| 152. Columbia High Yield Muni Z | A | Int./Div. | | | Sold | 11/09/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | J | T | Buy | 11/13/12 | J | | |
| 154. FAM Funds Value Fund | A | Int./Div. | J | T | Buy | 11/06/12 | J | | |
| 155. Legg Mason Clearbridge Aggressive Growth A | A | Int./Div. | J | T | Buy | 12/12/12 | J | | |
| 156. Loomis Sayles Fds I Inflation Protected Sec Retail | A | Int./Div. | J | T | Buy (add'l) | 11/13/12 | J | | |
| 157. Lord Abbett Fundamental Equity A | A | Int./Div. | J | T | Buy | 10/26/12 | J | | |
| 158. Oppenheimer AMT-Free Muni Sh Ben Int A | A | Int./Div. | J | T | Buy | 11/6/12 | J | | |
| 159. Pimco Total Return Admin | A | Int./Div. | J | T | Buy (add'l) | 09/04/12 | J | | |
| 160. Pimco Long Term US Govt Fd Admin | A | Int./Div. | J | T | Buy | 12/03/12 | J | | |
| 161. Putnam Tax Exempt Income Fd Sh Ben Int A | A | Int./Div. | J | T | Buy | 12/5/12 | J | | |
| 162. Franklin Templeton Investments Mutual Global Discovery Fund | A | Int./Div. | | | Buy | 07/05/12 | J | | |
| 163. | | | | | Sold | 10/25/12 | J | A | |
| 164. Am Funds Fundamental Investors F (Mutual Fund) | A | Int./Div. | | | Buy (add'l) | 07/10/12 | J | | |
| 165. | | | | | Sold | 10/25/12 | J | A | |
| 166. Blackrock Funds Capital Appreciation A (Mutual Fund) | A | Int./Div. | | | Sold | 07/09/12 | J | A | |
| 167. Nuveen Funds Small Cap Select A | A | Int./Div. | | | Buy | 07/11/12 | J | | |
| 168. | | | | | Sold | 10/01/12 | J | A | |
| 169. Templeton Income Tr Global Bd Fd Cl A | A | Int./Div. | | | Buy | 08/09/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Sold | 11/05/12 | J | A | |
| 171. Templeton Funds Inc Foreign Cl A | A | Int./Div. | | | Buy | 09/18/12 | J | | |
| 172. | | | | | Sold | 11/27/12 | J | A | |
| 173. Rydex Ser tr Govt Long Bond 1.2X Strat Inv | A | Int./Div. | | | Buy | 10/02/12 | J | | |
| 174. | | | | | Sold | 12/13/12 | J | A | |
| 175. Columbia Hi Yld Mun Fd CL Z (Mutual Fund) | A | Int./Div. | | | Sold | 11/09/12 | J | A | |
| 176. Fidelity Advisor Ser II Growth Oppts A (Mutual Fund) | A | Int./Div. | | | Sold | 07/10/12 | J | A | |
| 177. PIMCO Real Return BD FD Admin CL (Mutual Fund) | A | Int./Div. | | | Sold | 11/16/12 | J | A | |
| 178. (H) LIFE INSURANCE POLICIES | | | | | | | | | |
| 179. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 180. Northwestern Mutual Adjustable CompLife | A | Dividend | J | T | | | | | |
| 181. Northwestern Mutual Adjustable CompLife | A | Dividend | J | T | | | | | |
| 182. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 183. Northwestern Mutual 65 Life | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 10/20/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Bade Baskin Richards PSP or BBR PSP = Bade Baskin Richards Profit Sharing Plan, which [REDACTED] law firm's profit sharing plan. The plan has self-directed accounts for the participants. [REDACTED] self-directed account is managed by two separate advisors in three separate accounts. Beacon Pointe Wealth Advisors is responsible for the accounts designated Beacon Pointe Wealth Advisors and Beacon Pointe Wealth Advicosrs - Saratoga Value. The Saratoga Value account is managed by a separate account manager. TCS Financial is the advisor for the third BBR PSP account. TCS Financial employs computer algorithms based upon pricing to select mutual funds to buy and/or sell.

The BBR PSP changed financial advisors for the plan in early 2012. Many of the listed transactions were the result of the liquidation of the previous financial advisor's positions.

As indicated on my annual report, dated 5/15/13, the assets listed at Section VII, page 9, lines 97-99, 101-102, page 10, lines 103-105, and 109, and page 11, lines 121-127, were sold on 3/14/12, 3/29/12, and 3/19/12. This transaction information is listed on my annual report, dated 5/15/13, in column D. These assets were not listed on my initial report, dated 7/25/12, because I did not own them at the time of filing my initial report and I was exempt from listing transactions that occurred during that reporting period because it was my initial report.

The asset listed on my initial report, dated 7/25/12, at Section VII, page 4, line14 as "DBO Commonstock" is included in my annual report, dated 5/15/13, at Section VII, page 6, line 41 as "DBO Powershares DB Multi Sector Commodity Trust Oil Fund." It is the same asset on both reports, but it is listed with a more accurate name on the annual report.

The assets listed on my initial report, dated 7/25/12, at Section VII, page 7, lines 63 and 64 as "Davis Fund CL A (Mutual Fund)" and "Davis Fund CL C (Mutual Fund)," are listed on my annual report, dated 5/15/13, at Section VII, page 9, lines 89 and 90 as "Davis NY Venture Cl A" and "Davis NY Venture Cl C." These are the same assets on both reports, but listed with more accurate names on the annual report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bridget S. Bade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544